# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ARTURO IBARRA, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC. a corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO. 5:24-CV-01679-SP<br><br>Assigned to Hon. Sheri Pym, Courtroom 4<br><br>**ORDER GRANTING PROTECTIVE ORDER**<br><br>*[Filed concurrently with Amended Confidentiality Agreement and Protective Order]*<br><br>Action Filed:  March 26, 2024<br>Trial Date:    None Set |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

After due consideration of the Amended Confidentiality Agreement and Protective Order (docket no. 20), the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

1     IT IS HEREBY ORDERED that the requested Protective Order is
2 GRANTED and adopted as the Order of the Court.

5 DATED: October 28, 2024



                        HON. SHERI PYM

Yukevich | Cavanaugh
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777
Facsimile (213) 362-7788

2961272.1    2    Case No. 5:24-CV-01679-KK-SP
CONFIDENTIALITY AGREEMENT AND [PROPOSED] PROTECTIVE ORDER