JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ARTURO IBARRA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC. a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:24-CV-01679-SP<br><br>Assigned to Hon. Sheri Pym, Courtroom 4<br><br>**ORDER GRANTING DISMISSAL OF ACTION**<br><br>[*Filed concurrently with Stipulation for Dismissal of Action*]<br><br>Action Filed:  March 26, 2024<br>Trial Date:      January 20, 2026 |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

After due consideration of the parties' Stipulation (docket no. 31) the Court orders as follows:

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: October 3, 2025

_____
HON. SHERI PYM